

**NORTH CAROLINA WESTERN**
MEMORANDUM

**Date:** 6/3/2015

**To:** The Honorable Robert J. Conrad, Jr.
United States District Judge

**From:** Sherain D. Teel
United States Probation Officer

**Subject:** Baltimore, Olivia
Dkt. No. 0419 3:14CR00166-001
**REQUEST TO DESTROY SEIZED PROPERTY**

---

On 04/22/2015, the defendant was sentenced pursuant to a conviction for Conspiracy to Commit Money Laundering. The defendant was sentenced to a term of 36 months of probation with six (6) months of location monitoring. The defendant surrendered the following property and it was seized from the defendant during her supervision term: 1) Raven .25 caliber handgun.

The defendant signed a document indicating that she voluntarily surrendered the weapon. It is respectfully requested that Your Honor authorize destruction of the aforementioned item.

Thank you for your time and attention to this matter. Please do not hesitate to contact me at 704-572-7551, should you have any questions.

---

THE COURT ORDERS:

X       Destroy Seized Property as Requested

☐ Do Not Destroy Seized Property

☐ Return Seized Property to the Defendant

Date:_____

*Robert J. Conrad, Jr.* (signature)

Robert J. Conrad, Jr.
United States District Judge